UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
NOS. 14-4394 & 14-4395

| | |
|---|---|
| UNITED STATES OF AMERICA, ] | |
| ] | |
| v. ] | MOTION TO WITHDRAW |
| ] | AS ATTORNEY OF RECORD |
| RODNISHA SADE CANNON ] | |

NOW COMES, D. Baker McIntyre III, attorney appointed by this Honorable Court to represent the Defendant herein, Rodnisha Sade Cannon, and respectfully represents the following:

Ms. Cannon informed this attorney she wished to appeal the sentence imposed and as such a Notice of Appeal was filed before this Honorable Court..

This attorney respectfully requests he be allowed to withdraw as attorney of record as Ms. Cannon has informed this attorney she wishes to pursue a claim for ineffective assistance of counsel as one of her appellant issues.

As such, this Attorney would respectfully request he be allowed to withdraw as attorney of record before this Honorable Court and substitute counsel be appointed.

This the 19th day of May 2014.

s/D. Baker McIntyre III
Attorney Bar Number: 19168
Attorney for Defendant
200 E. Woodlawn Road, Suite 118
Charlotte, NC 28217
Telephone: 704/522-8001
Fax #704/522-0533
E-mail: bmcintyre3@bellsouth.net

# CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that he served a copy of the foregoing upon:

Rodnisha Sade Cannon
PID#420607
Mecklenburg County Jail
P. O. Box 34429
Charlotte, NC 28234-4429


United States Attorney
1700 Carillon Building
227 W. Trade Street
Charlotte, NC 28202


by depositing same in the United States Mail, postage prepaid, or by hand delivery, to the address indicated above or by ECF Filing System.

This the 19th day of May 2014.

s/D. Baker McIntyre III
N.C. Bar #19168
200 E. Woodlawn Road, Suite 118
Charlotte, NC 28217
Telephone: 704/522-8001
Fax #704/522-0533
Attorney for Appellant